COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER

Appellate case name:      Ollie Lewis, Sam L. Lewis and All Other Occupants of 10618 Leitrim Way Houston, TX 77047 v. Federal National Mortgage Association

Appellate case number:    01-14-01024-CV

Trial court case number:   1055404

Trial court:               County Civil Court at Law No. 2 of Harris County

On December 17, 2014, appellants timely filed an affidavit of indigence with their notice of appeal in the trial court from that court's December 8, 2014 judgment. *See* TEX. R. APP. P. 20.1(a)(2)(A), 25.1(a), 26.1. On January 2, 2015, the clerk's record in this forcible detainer action was filed. On January 7, 2015, in response to the December 31, 2014 notice from the Clerk of this Court, the trial court clerk filed the supplemental clerk's record on indigence. According to the supplemental clerk's record, the trial court timely sustained the county clerk's contest to appellants' affidavit of indigence on December 30, 2014. *See id.* at 20.1(e)(1), (i)(4).

Under Texas Rule of Appellate Procedure 20.1(j), a party claiming indigence may seek review of a trial court's order sustaining a contest to his or her affidavit of indigence by filing a motion challenging the order within 10 days of that order in the appellate court. *See* TEX. R. APP. P. 20.1(j)(1), (2). Here, although appellants filed a notice of appeal on December 17, 2014, from the underlying forcible detainer judgment, they did not timely file a motion in this Court challenging the trial court's December 30, 2014 order sustaining the contest to appellants' affidavit of indigence within 10 days of that order. *See id.* at 20.1(j)(2). Therefore, pursuant to the trial court's December 30, 2014 order, appellants are not indigent for purposes of appellate costs.

Although appellant Ollie Lewis paid for the clerk's record on January 2, 2015, the appellants have neither paid for the filing fee nor requested or paid for the fee for preparation of the reporter's record. Because appellants have not established indigence, it is **ORDERED** that appellants pay the $195.00 appellate filing fee to the Clerk of this

Court **within 30 days of the date of this order, or the appeal may be dismissed without further notice**. *See* TEX. R. APP. P. 5 (requiring payment of fees in civil cases unless indigent), 42.3 (allowing involuntary dismissal of case).

Finally, it is **ORDERED** that, **no later than 30 days from the date of this order**, appellants file with the Clerk of this Court proof that they have requested and paid or made arrangements to pay for preparation of the reporter's record. *See* TEX. R. APP. P. 34.6(b)(1), (2), 35.3(b)(2), (3), (c). If appellants have paid for the filing fee, but have failed to request and pay, or made arrangements to pay, for the reporter's record by the above deadline, the Clerk of this Court may set the briefing schedule and this Court may consider and decide only those issues or points that do not require a reporter's record for a decision. *See* TEX. R. APP. P. 37.3(c).

It is so ORDERED.


Judge's signature: /s/ <u>Laura C. Higley</u>
        ☒ Acting individually    ☐ Acting for the Court

Date: February 12, 2015